# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 MAG 9522 |
| Asa Saint Clair | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Asa Saint Clair

Date: 11/04/2019

*Attorney's signature*

John P. Buza and 4690350
*Printed name and bar number*

John P. Buza
233 Broadway, Suite 900
New York, NY 10279
*Address*

john@johnbuzalaw.com
*E-mail address*

(212) 349-2200
*Telephone number*

(646) 968-0294
*FAX number*