*The bail conditions are modified to include that defendant's father-in-law shall post his home as additional security by November 22, 2019. Defendant may be released upon satisfaction of all conditions set by Magistrate Judge Wang. So ORDERED.*

*[signed] /s/ P. Kevin Castel, USDJ*
*11·13·19*

# Law Office of John P. Buza, P.C.

233 Broadway, Suite 900
New York, NY 10279
212-349-2200 (Tel.)
646-968-0294 (Fax)
john@johnbuzalaw.com

November 12, 2019

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *United States v. Saint Clair*, **19 CR 790 (PKC)**

Dear Judge Castel:

I represent Asa Saint Clair pursuant to the above-captioned case. As the Court is aware, this case is on for Mr. Saint Clair's arraignment tomorrow. I write this letter on behalf of all parties to request a modification to the current bond. The current bond, set by Magistrate Judge Wang, is $500,000.00 to be secured by two financially responsible people. I have provided the information and financial documents for two financially responsible people who have been interviewed by the U.S. Attorney's Office. The Government has indicated that these two potential signers would be acceptable to sign the bond. However, the Government would like a condition added whereby one of signers also agrees to allow for the forfeiture of his home should Mr. Saint Clair violate the terms of his release. This request arises because neither potential signer has adequate financial liquidity to cover the amount of the bond without the property.

I have no objection to this extra condition and have provided documents to the Government reflecting the value of the proposed property as well as the remaining mortgage amount. The amount of equity in the home coupled with the salaries of the two potential signers is in excess of $500,000.00. I have given the Government documents reflecting this and they indicated they would approve it. I therefore write this letter requesting an Order from the Court that the bond be modified to include this extra provision. This request is without objection.

                                                         Respectfully Submitted,

                                                         John P. Buza

cc:    AUSA Kiersten Fletcher
        via ECF