Case 1:19-cr-00790-PKC   Document 12   Filed 02/21/20   Page 1 of 2

...


# Law Office of John P. Buza, P.C.

233 Broadway, Suite 900
New York, NY 10279
212-349-2200 (Tel.)
646-968-0294 (Fax)
john@johnbuzalaw.com

February 21, 2020

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

    I represent Asa Saint Clair pursuant to the above-captioned case. As the Court is aware, the parties are currently scheduled to appear on Friday, March 20, 2020 at 10:30 am for a status conference. I write to respectfully request that the status conference date be changed to Friday, March 27, 2020 at any time that is convenient for the Court. I make this request because I will be away from New York City between March 16, 2020 and March 20, 2020 and thus cannot appear during the scheduled date. This is the first time that the case has been scheduled for a status conference and a request for adjournment has never been made before in this matter. This request is without objection.

Respectfully Submitted,

John P. Buza

cc:   AUSA Tara LaMort
       via ECF

Upon the application of defense counsel, consented to by the government, the status conference originally scheduled for March 20, 2020 is adjourned to March 27, 2020 at 11:45 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to accommodate defense counsel's calendar. Accordingly, the time between today and March 27, 2020 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: February 21, 2020