UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         19 cr 790 (PKC)

        -against-                              ORDER

ASA SAINT CLAIR

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

Upon the application of the defense counsel, the pretrial conference previously scheduled for March 27, 2020 is adjourned until April 30, 2020 at 2 p.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate the health condition of defendant in the context of the COVID-19 emergency. Accordingly, the time between today and April 30, 2020 is excluded.

SO ORDERED.

                                                      P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       March 19, 2020