UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              19-cr-790 (PKC)

      -against-

                                              ORDER

ASA SAINT CLAIR,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        A teleconference in this matter will be held on Thursday, April 30, 2020 at 2:00pm.  The call-in information for this teleconference is:

        <u>Dial-in:</u>    (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated:  New York, New York
          April 23, 2020