UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    19-cr-790 (PKC)

        -against-

                                                    ORDER

ASA SAINT CLAIR,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        A teleconference in this matter will be held on July 16, 2020 at 11:00 a.m.  The call-in information for this teleconference is:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       July 8, 2020