UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                   19-cr-790 (PKC)

       -against-

                                                                    <u>ORDER</u>

ASA SAINT CLAIR,

                         Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The 11:00 a.m. conference on September 21, 2020 will proceed via teleconference.

The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981


        SO ORDERED.

                                                                                    */s/ P. Kevin Castel*
                                                                      P. Kevin Castel
                                                               United States District Judge

Dated:  New York, New York
           September 15, 2020