UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     19 CR 790 (PKC)

      -against-                                    ORDER

ASA SAINT CLAIR,

                        Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

      The conference previously scheduled for March 16, 2020 is adjourned to March 26, 2021 at 10:00 a.m.  The conference will proceed telephonically.  Dial-In No.: 1-888-363-4749, Access Code:  3667981.

      I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to accommodate the Court's trial calendar which is restricted because of the pandemic.  Accordingly, the time between today and March 26, 2021 is excluded.

      SO ORDERED.

                                                                 P. Kevin Castel
                                                         United States District Judge

Dated:  New York, New York
          February 18, 2021