

**KONTA GEORGES & BUZA P.C.**

Criminal Defense, Civil Rights & Personal Injury

PARTNERS: Adam B. Konta
Robert W. Georges
John P. Buza

The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279

Phone: 212.710.5166
Fax:    212.710.5162
www.kontageorges.com

Application Granted.

So Ordered: _____
P. Kevin Castel
United States District Judge

7/14/2021

July 14, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Asa Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

I represent Asa Saint Clair in the above-captioned proceeding. The case is scheduled to be heard on July 26, 2021, at 12:00 pm for a status conference. Mr. Saint Clair and his family intend to move from Arizona, where they are currently domiciled, to Washington so they can be closer to his wife's immediate family. This arrangement is intended to help them with their new child. Mr. Saint Clair's travel is currently restricted to the Southern District of New York, the Eastern District of New York, and the District of Arizona. I respectfully request an order amending the conditions of his release whereby his District of Residence is changed from the District of Arizona to the Western District of Washington, which is where Mr. Saint Clair's new home would be located. Thus, under this proposed change, Mr. Saint Clair's travel would be restricted to the Southern District of New York, the Eastern [District of New York, and the Western District of Washington.] The Government does not object. I have provided all relevant information, including Mr. Saint Clair's new address in Washington, to his pretrial officers in both the Southern District of New York and in the District of Arizona. The family intends to move on July 31, 2021.

Respectfully Submitted,

John P. Buza

cc.:   AUSA Kiersten Fletcher (via ECF)
       AUSA Tara LaMorte (via ECF)