UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                          19-cr-790 (PKC)

       -against-                                         ORDER

ASA SAINT CLAIR,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will take place as scheduled on July 26, 2021 at 12 p.m. The proceeding will be held as a teleconference:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                          P. Kevin Castel
                                                United States District Judge

Dated:   New York, New York
             July 22, 2021