UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                                19-cr-790 (PKC)

        -against-                                               ORDER

ASA SAINT CLAIR,

                          Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will take place as scheduled as a videoconference on July 26, 2021 at 12 p.m. The public may access an audio feed of the proceeding at the following number:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        Members of the public must mute their phones and are not permitted to speak during the proceeding.

        SO ORDERED.

                                                              P. Kevin Castel
                                                              United States District Judge

Dated:   New York, New York
             July 23, 2021