

**KONTA GEORGES & BUZA P.C.**
Criminal Defense, Civil Rights & Personal Injury

PARTNERS: Adam B. Konta  
Robert W. Georges  
John P. Buza

The Woolworth Building  
233 Broadway, Suite 900  
New York, New York 10279

Phone: 212.710.5166  
Fax:    212.710.5162  
www.kontageorges.com

July 27, 2021

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Asa Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

    I represent Asa Saint Clair in the above-captioned proceeding. I write this letter pursuant to the Court's instruction at the status conference conducted on July 26, 2021. I am unavailable to conduct a trial in this matter between February 15, 2022 and April 1, 2022 due to my engagement in another matter in the Southern District of New York.

Respectfully Submitted,

John P. Buza