UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             19-cr-790 (PKC)

    -against-

                                                             <u>ORDER</u>

ASA SAINT CLAIR,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The case is set for trial on March 9, 2022 at 9:30 AM as first back-up trial to 19 Cr. 828 (ALC).

        SO ORDERED.

                                                     P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           December 1, 2021