

**KONTA GEORGES & BUZA P.C.**
Criminal Defense, Civil Rights & Personal Injury

PARTNERS: Adam B. Konta
Robert W. Georges
John P. Buza

The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279

Phone: 212.710.5166
Fax:   212.710.5162
www.kontageorges.com

Application GRANTED.
Dated: New York, NY
12/13/2021

_____
P. Kevin Castel
United States District Judge

December 13, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Asa Saint Clair,* 19 CR 790 (PKC)

Dear Judge Castel:

    I represent Asa Saint Clair in the above-captioned proceeding, which is scheduled for a pretrial conference before this Court on December 15, 2021, at 2:30 pm. As the Court knows, Mr. Saint Clair is currently domiciled in Washington and has to travel to New York to attend the conference. He has informed me that according to his pretrial officer, he needs permission from the Court to stay at his daughter's apartment in Manhattan while he is in New York for the conference. Mr. Saint Clair will fly to New York on December 14, 2021 and will return to Washington on December 16, 2021. The address of the apartment was disclosed both to pretrial services and to the U.S. Attorney's Office. I ask that the Court issue an order allowing Mr. Saint Clair to stay at the apartment address that was disclosed to the government while he is in New York between December 14 and December 16. The government has no objection to this request.

Respectfully Submitted,

_____
John P. Buza