```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -  x
                                :
UNITED STATES OF AMERICA        :
                                :
      - v. -                    :   INDICTMENT
                                :
ASA SAINT CLAIR,                :   S1 19 Cr. 790 (PKC)
   a/k/a "Asa Williams,"        :
   a/k/a "Asa Sinclair,"        :
                                :
            Defendant.          :
- - - - - - - - - - - - - - -  x
```

COUNT ONE
(Wire Fraud)

The Grand Jury charges:

BACKGROUND

1. At all times relevant to this Indictment, ASA SAINT CLAIR, a/k/a "Asa Williams," a/k/a "Asa Sinclair," the defendant, purported to be the Treasurer and/or President of World Sports Alliance ("WSA"), an entity SAINT CLAIR represented to be an intergovernmental organization engaged in international sports development projects, formed as a global multi-stakeholder initiative in partnership with the United Nations Department of Economic and Social affairs, operating in support of the United Nations' Sustainable Development Goals, and engaged in a digital coin offering of a purported blockchain-based digital token referred to as "IGOBIT."

STATUTORY ALLEGATIONS

2. From at least in or about November 2017 up to and

including on or about September 2019, in the Southern District of New York and elsewhere, ASA SAINT CLAIR, a/k/a "Asa Williams," a/k/a "Asa Sinclair," the defendant, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, SAINT CLAIR, through interstate phone calls and text messages made from New York, New York, carried out a scheme to defraud individuals by falsely representing that they would receive, upon demand following a one-year period, guaranteed returns and repayment of loans they had made to WSA, by making false and misleading representations regarding the purpose of those loans, including that the money would be used to develop and launch IGOBIT, by making false and misleading representations regarding the nature of the WSA and its relationship with the United Nations, and by diverting investor funds for Saint Clair's personal expenses and benefit.

(Title 18, United States Code, Sections 1343 and 2.)

## FORFEITURE ALLEGATIONS

3.      As the result of committing the offense alleged in Count One of this Indictment, ASA SAINT CLAIR, a/k/a "Asa Williams," a/k/a "Asa Sinclair," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Asset Provision

4.      If any of the forfeitable property described above, as a result of any act or omission of ASA SAINT CLAIR, a/k/a "Asa Williams," a/k/a "Asa Sinclair," the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

        (Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
Foreperson

_____
DAMIAN WILLIAMS
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ASA SAINT CLAIR,
a/k/a "Asa Williams,"
a/k/a "Asa Sinclair,"
Defendant.

INDICTMENT

S1 19 Cr. 790 (PKC)

(18 U.S.C. §§ 1343 and 2.)

_____
Foreperson

DAMIAN WILLIAMS
United States Attorney.

1/12/22   Filed superseding Indictment

USMJ Moses

MQ