

**KONTA GEORGES & BUZA P.C.**
Criminal Defense, Civil Rights & Personal Injury

PARTNERS: Adam B. Konta
Robert W. Georges
John P. Buza

The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279

Phone: 212.710.5166
Fax:    212.710.5162
www.kontageorges.com

> *[Handwritten note:]* The Court will take the matter up at the February 1, 2022 conference. Please submit in advance a detailed letter explaining the "work" and nature of the proposed curfew hours.
>
> SO ORDERED
> /s/ USDJ
> 1-12-22

January 11, 2022

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Asa Saint Clair*, 19 CR 790 (PKC)

Dear Judge Castel:

I represent Asa Saint Clair in the above-captioned proceeding. The case is scheduled to be heard on February 1, 2022, at 3:30 pm for a status conference. I write to respectfully request that the Court issue an order changing the conditions of Mr. Saint Clair's release from home detention to a curfew. I make this request because it will make it significantly easier for Mr. Saint Clair to work. Neither pretrial services, nor the U.S. Attorney's Office objects to this modification. Should the Court grant this request, Mr. Saint Clair's Pretrial Services Officer has informed me that he asks that the following language be included in the modification:

> "The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist."

I thank the Court for its consideration in this matter.

Respectfully Submitted,

John P. Buza

cc.: AUSA Kiersten Fletcher (via ECF)
AUSA Tara LaMorte (via ECF)
AUSA Emily Deininger (via ECF)