

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 14, 2022

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Asa Saint Clair*, S1 19 Cr. 790 (PKC)

Dear Judge Castel:

As the Court is aware, a grand jury returned a superseding indictment (the "Superseding Indictment") in the above-referenced matter on Wednesday, January 12, 2021. The parties have conferred and propose that the Court schedule the arraignment of Asa Saint Clair on that Superseding Indictment for the same date and time as our next pretrial conference, which is currently set for February 1, 2022 at 3:30 p.m. The defendant consents to an exclusion of time until that date, which will allow the defendant to review the Superseding Indictment and allow the parties to continue to prepare for trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
Emily Deininger
Tara M. La Morte
Assistant United States Attorneys
(212) 637-2472 / 2238 / 1041

*[Handwritten: Time excluded for the reasons stated by the government until the conference on Feb 1 at 3:30 pm at which time defendant will be arraigned. SO ORDERED. /s/ USDJ 1-18-22]*