**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

January 27, 2022

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Asa Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

      I represent Asa Saint Clair in the above-captioned proceeding. The case is scheduled to be heard on February 1, 2022, at 3:30 pm for a status conference. At the previous conference held on December 15, 2022, the Court indicated that it wanted to conduct the February 1 conference in-person among the attorneys but would allow Mr. Saint Clair to call in because he is domiciled in Washington and would need to fly to New York to attend in person. Since that date, however, the indictment has been superseded. As per the Court's order issued on January 18, 2022, it intends to arraign Mr. Saint Clair on the superseding indictment at the next conference. I write this letter to inquire whether the Court would still allow Mr. Saint Clair to call in for the proceeding or whether the Court wants him to be there personally to enter his plea. To the extent possible, Mr. Saint Clair has indicated a preference to call in because of the costs associated with having to fly in and arrange accommodations - as was discussed at the previous conference. The government has informed me that it would have no objection to the arraignment being conducted telephonically.

                                                      Respectfully Submitted,

                                                                   /s/
                                                          _____
                                                             John P. Buza

cc.:    AUSA Kiersten Fletcher (via ECF)
          AUSA Tara LaMorte (via ECF)
          AUSA Emily Deininger (via ECF)