UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                19 CR 790 (PKC)

      -against-                                    ORDER

ASA SAINT CLAIR,

                             Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Conference is scheduled on March 2, 2022 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
         February 10, 2022