Application GRANTED.

SO ORDERED.
Dated: New York, NY
2/24/2022

_P. Kevin Castel_
United States District Judge

**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

February 24, 2022

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

              **Re:** *United States v. Asa Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

    I represent Asa Saint Clair in the above-captioned proceeding. The case is scheduled to be heard on March 2, 2022, at 11:00 am for a pretrial conference. The trial is scheduled to begin on March 9, 2022. As the Court knows Mr. Saint Clair is domiciled in the state of Washington. Thus, he would have to fly to New York for the conference and then fly back to Washington for a few days before coming back to New York for the trial. The costs associated with this travel would be difficult for Mr. Saint Clair to bear. I accordingly request that Mr. Saint Clair be allowed to attend the March 2, 2022 conference telephonically as he has in the past. The government has no objection to Mr. Saint Clair appearing telephonically on March 2, 2022.

                                                Respectfully Submitted,

                                                /s/
                                       _____
                                        John P. Buza

cc.:    AUSA Tara LaMorte (via ECF)
        AUSA Emily Deininger (via ECF)