## Konta, Georges, and Buza, P.C.
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

August 22, 2022

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                         Re:    *United States v. Asa Saint Clair,* **19 CR 790 (PKC)**

Dear Judge Castel:

      I received a phone call on August 19, 2022, from the office of Jonathan Rosenberg, Esq., informing me that Mr. Rosenberg has been retained by Mr. Saint Clair to represent him in this matter going forward. Mr. Rosenberg also filed a notice of appearance on the same date. Mr. Saint Clair confirmed via email that he had retained Mr. Rosenberg and intends to move forward with him as his attorney. I therefore respectfully move to withdraw as counsel in this case. I spoke to Ms. Deininger about my withdrawal, and she does not object.

                                                      Respectfully Submitted,

                                                          /s/
                                                    _____
                                                       John P. Buza

cc.:    AUSA Emily Deininger (via ECF)
           Jonathan Rosenberg (via ECF)