UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               19-cr-790 (PKC)

-against-

                                                                               <u>ORDER</u>

ASA SAINT CLAIR,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Sentencing for Mr. Saint Clair will proceed on September 15, 2022, but the time of sentencing is adjourned from 12 p.m. to 4 p.m.

        SO ORDERED.

                                                      P. Kevin Castel
                                             United States District Judge

Dated:  New York, New York
           September 14, 2022