UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                  19-cr-790 (PKC)

        -against-

                                                                             ORDER

ASA SAINT CLAIR,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The undersigned presided at the trial of defendant, ruled on the motions for acquittal or, alternatively, a new trial in an Opinion and Order of June 23, 2022 and imposed sentence upon defendant of principally 42 months imprisonment, which was well below the bottom of the advisory guidelines range.

        Defendant Saint Clair now moves for a stay of execution of his sentence of imprisonment and bail pending appeal. Having considered his arguments and the government's response, the Court concludes that defendant has raised no substantial question of law or fact likely to result in reversal, a new trial or a reduced sentence. 18 U.S.C. § 3143. The Court is unable to conclude that he has at least raised a "close" question that if decided in his favor would result in a reversal or order for a new trial. United States v. Randell, 761 F.2d 122, 125 (2d Cir 1985).

        The motion for a stay of execution of his sentence of imprisonment and bail pending appeal (Doc 127) is DENIED.

SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
       December 6, 2022