UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      19-cr-790 (PKC)

        -against-

                                   ORDER

ASA SAINT CLAIR,

                  Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendant Asa Saint Clair having surrendered to serve his sentence, bail is exonerated.

        Counsel should contact the United States Attorney's Office ("USAO") regarding any necessary documentation to release the lien on property in Edmonds, WA in favor of the United States of America and the USAO shall cooperate to promptly cause the lien to be released.

        Motion (ECF 132) is GRANTED to the extent indicated herein.

        SO ORDERED.

Dated:  New York, New York
        March 22, 2023

                                      P. Kevin Castel
                             United States District Judge