UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America,

Plaintiff,

v.

Asa Saint Clair,

Defendant.

Case No. 19 Cr. 790 (PKC)

*Application DENIED. SO ORDERED. /s/ P. Kevin Castel, USDJ 10-15-25*

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Immediate Vacatur on the Papers Under 28 U.S.C. § 2255, the Declaration of Asa Saint Clair, and all prior filings and exhibits in the record, Petitioner Asa Saint Clair respectfully moves this Court, before the Honorable P. Kevin Castel, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, NY 10007, for the following relief:

1. Vacatur of the conviction pursuant to 28 U.S.C. § 2255(b) on the basis of structural error, constructive amendment, fraud upon the court, altered evidence, and cumulative prejudice;

2. Judicial recognition and correction of the evidentiary record, including classification of DX 2 as an official UN document admissible under Rules 902(5), 803(8), 1005, and 201(b);

3. Immediate release pending further proceedings or entry of judgment of acquittal if the falsity element fails as a matter of law;

*Mailed to Saint Clair 10/15/25*

4. Alternatively, an evidentiary hearing narrowly tailored to the classification of DX 2, alterations to GX 2706, definitional use of "affiliate," and the factual basis of the arraignment representations;

5. Such other and further relief as the Court deems just and proper.

Dated: August 14, 2025

Edmonds, Washington

Respectfully submitted,

ASA SAINT CLAIR

*Pro Se Petitioner*

817 14th Way SW

Edmonds, WA 98020

(646) 707-4527

asastclair@outlook.com